**Opinion filed January 14, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00281-CV

_____

## IN THE MATTER OF THE ESTATE OF
## IDA BALDWIN DENISON, DECEASED

---

### On Appeal from the 39th District Court

### Stonewall County, Texas

### Trial Court Cause No. 4222-A/4222-B

---

### M E M O R A N D U M   O P I N I O N

Appellees have filed in this court a motion to dismiss this appeal on the grounds that the orders appellant is challenging are non-appealable interlocutory orders. Appellant has filed a lengthy response to the motion to dismiss but has failed to establish that this court has jurisdiction over an appeal from these interlocutory orders.

Therefore, the motion is granted, and the appeal is dismissed for want of jurisdiction.


PER CURIAM

January 14, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.